UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUMES, | No. 2:18-cv-1786 |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| BEULER, | |
| Respondent. | |

Petitioner filed his petition for a writ of habeas corpus on June 21, 2018. ECF No. 1. On July 3, 2018 this court issued an Order that dismissed the petition with leave to amend, and provided petitioner both with instructions for filing an amended complaint, a form petition used in this court for his use or guidance in amending, and an application for in forma pauperis status. Almost four months have elapsed since that order was issued and petitioner has taken neither of the actions directed therein.

In light of the foregoing IT IS HEREBY ORDERED that:

1. Within thirty (30) days of the entry of this Order petitioner shall show cause why this matter should not be dismissed for failure to prosecute and/or to follow a court order pursuant to Federal Rule of Civil Procedure 41(b).

2. Petitioner is warned that a failure to respond to this Order timely shall result in an immediate recommendation that the district court enter an Order dismissing the petition with

prejudice for failure to prosecute and/or to obey an order of the court.

3. The Clerk of the Court shall randomly assign a district court judge to this matter.

**IT IS SO ORDERED.**

Dated: November 5, 2018

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE