UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>BEULER.<br><br>　　　　　　Respondent. | No. 2:18-cv-1786-TLN-GGH |

On November 5, 2018 this court issued an Order to Show Cause, ECF No. 4, to explain why petitioner's application for a writ of habeas corpus should not be dismissed for failure to respond to an Order issued on July 3, 2018, directing that the petition in this matter should be dismissed with leave to amend in conformity with the terms of the Order, and further directing petitioner to provide a completed In Forma Pauperis ["IFP"] application. ECF No. 3.

Petitioner responded to the Order to Show Cause claiming he had filed both documents – an amended petition and the IFP application under his state appeal case number. He seems to believe that he transmitted the documents to this court, but the Clerk of the Court has no record of receiving any such documents.

Petitioner now seeks a thirty day extension of time to file the required documents. The court will give the petitioner the extension he seeks, but he must respond timely, with proper

| | |
|---|---|
| 1 | case names and filing numbers on the completed documents, or a recommendation for dismissal |
| 2 | will be made to the District Court Judge assigned to this case. |
| 3 | In light of the foregoing IT IS HEREBY ORDERED that: |
| 4 | 1. Petitioner shall file an amended petition and a completed IFP application with the |
| 5 | court within 30 days of the date this Order is served; |
| 6 | 2. The Court's Order to Show Cause, ECF No. 4, is withdrawn. |
| 7 | Petitioner is warned that failure to comply with this Order will result in a recommendation |
| 8 | that his petition be dismissed with prejudice for failure to obey a court order pursuant to Federal |
| 9 | Rule of Civil Procedure 41(b). |
| 10 | **IT IS SO ORDERED.** |
| 11 | Dated: December 3, 2018 |

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE
