UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>        Petitioner,<br><br>    v.<br><br>BEULER,<br><br>        Respondent. | No. 2:18-cv-01786 TLN GGH P<br><br>ORDER |

      On January 9, 2019, the court issued an Order to Show Cause directing petitioner to show cause why he failed to file an amended petition in compliance with the court's November 5, 2018 and December 3, 2018 orders. ECF No. 8. Petitioner has filed a one-page response to the court's January 9, 2019 providing case citations and statutes only. ECF No. 9. However, petitioner appears to only brief the merits of some of his claims. By failing to comply with the court's order in submitting an amended petition, the pleadings in this case are non-cognizable. Consequently, there is no petition pending at this time.

      Accordingly, petitioner is again ORDERED to file an amended petition within thirty days carefully listing each issue and providing facts related to each issue. Petitioner is advised that

////

////

////

1

this order, as was the court's January 9, 2019 order, is not optional.  If petitioner fails to file his amended petition within the requisite timeframe, the court will recommend dismissal of his case pursuant to Federal Rule of Civil Procedure 41(b).

Dated: February 6, 2019

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE